UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RHONDA K. HAMILTON, )<br>)<br>Respondent. )<br>) | Civil Action No. 1:13CV025<br><br>Judge Michael R. Barrett<br>Magistrate Judge Karen L. Litkovitz |

**ORDER TO SHOW CAUSE**

Upon the petition of the United States, and the declarations and summonses attached thereto, it is hereby

ORDERED that respondent, Rhonda K. Hamilton, appear before the District Court of the United States for the Southern District of Ohio in that branch thereof presided over by the Honorable Karen L. Litkovitz, the undersigned, in the United States Courthouse, **at 11:00 am on the 28th day of February, 2013, at Courtroom 708**, to show cause why the respondent should not be compelled to comply with the two Internal Revenue Service summonses served on respondent on August 16, 2012. It is further

ORDERED that a copy of this Order, together with the petition and Exhibits thereto, be personally served on Rhonda K. Hamilton, by an official of the Internal Revenue Service within thirty (30) days of the date of this Order. It is further

ORDERED within five (5) days of service of copies of this Order, the petition and Exhibits thereto, the respondent shall file and serve a written response to the petition. That if the

respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondent has no objection to compliance with the summonses, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this __15__ day of __Jan.__, 2013.

BY THE COURT:

_____Karen L. Litkovitz_____
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT