# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　Case No. 1:13-cv-025
　　　　Plaintiff,　　　　　　　　　　　　　　Barrett, J.
　　　　　　　　　　　　　　　　　　　　　　Litkovitz, M.J.
　　vs.

RHONDA HAMILTON,　　　　　　　　　　　　**ORDER**
　　　　Defendant.

This matter is before the Court following a telephone status conference held this date. As determined at the conference, defendant Hamilton shall have **30 days** from the date of this Order to provide the Internal Revenue Service (IRS) with the outstanding information requested in the IRS summons.

The parties shall contact the Court for a telephone status conference in the event the information requested by the summons is not provided to the IRS within 30 days.

**IT IS SO ORDERED.**

Date: 6/6/13

　　　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge