# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,

    Petitioner,                                  Case No. 1:13cv25

    v.                                           Judge Michael R. Barrett

Rhonda Hamilton

    Respondent.

## ORDER

This matter is before the Court upon Petitioner's Motion to Dismiss. (Doc. 18.) The government filed this action to enforce summonses issued by the Internal Revenue Service to Respondent Rhonda Hamilton. The Magistrate Judge ordered Respondent to provide certain documents to the IRS. In its Motion to Dismiss, the government explains that Respondent has provided sufficient information and documents, including tax returns. Accordingly, Petitioner's Motion to Dismiss (Doc. 18) is hereby **GRANTED**. This matter should be **CLOSED** and **TERMINATED** from the docket of this Court.

    **IT IS SO ORDERED.**

                                                       */s/ Michael R. Barrett*
                                                       JUDGE MICHAEL R. BARRETT